IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCELINO RAMON CANCHOLA, JR.,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-814-bbc

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Marcelino Ramon Canchola, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 12/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |